United States District Court
Southern District of Texas
**ENTERED**
April 06, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KRISTIN JONES, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 4:24-cv-01226 |
| § | |
| NIMA GOHARKHAY PLLC DBA § | |
| PREGNANCY SPECIALTY CENTER OF § | |
| TEXAS, § | |
| § | |
| Defendant. § | |

## ORDER

The Court, having reviewed the Parties' Joint Motion for Extension of Discovery Completion and Dispositive Motions Deadlines finds that there is good cause to **GRANT** the Motion.

The deadline to complete discovery in this matter is extended until **June 15, 2025**.

The deadline to file dispositive motions is extended until **August 1, 2025**.

The deadline to file responses to dispositive motions is extended until **August 15, 2025**.

The deadline to file replies to responses to dispositive motions is set for **August 22, 2025**.

**IT IS SO ORDERED.**

Houston, Texas, this 3rd day of April, 2025

Andrew S. Hanen
U.S. District Judge